MARY HARRIS, Suing on Behalf of Herself and Other Stockholders of WEISS ENGINEERING CORPORATION, Appellant, v. WEISS ENGINEERING CORPORATION et al., Respondents, et al., Defendants.

Submitted February 21, 1944; decided March 2, 1944.

*George L. Kobbé* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion, unless appellant serves and files undertaking on appeal and pays ten dollars costs, within ten days, in which event the motion is denied.

J. HERMON McLEAR, as Director and Officer of McLEAR MINES, INC., Appellant, v. CLARA McLEAR and HERBERT G. McLEAR, Respondents, et al., Defendants.

Submitted February 21, 1944; decided March 2, 1944.

Motions by respondents to amend the remittitur granted. Return of remittitur requested and when returned it will be amended to provide that the judgments are affirmed with one bill of costs to Clara McLear against the appellant, individually, but that both respondents may tax disbursements against the plaintiff, individually. (See 291 N. Y. 809.)